# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL LEON MCLEMORE, | CASE NO. 1:09-cv-00534-AWI-SMS PC |
| Plaintiff, | ORDER DENYING MOTION FOR APPOINTMENT OF INVESTIGATOR |
| v. | (Doc. 11) |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

Plaintiff Darryl Leon McLemore, a former state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on March 20, 2009. On April 29, 2009, Plaintiff filed a motion seeking the appointment of an investigator.

"'[T]he expenditure of public funds [on behalf of an indigent litigant] is proper only when authorized by Congress . . . .'" Tedder v. Odel, 890 F.2d 210, 211-12 (9th Cir. 1989) (quoting United States v. MacCollum, 426 U.S. 317, 321, 96 S.Ct. 2086 (1976)). The in forma pauperis statute does not authorize the expenditure of public funds for the appointment of an investigator. 28 U.S.C. § 1915. Therefore, Plaintiff's motion is DENIED.

IT IS SO ORDERED.

**Dated:   October 16, 2009**            /s/ Sandra M. Snyder
                                                       UNITED STATES MAGISTRATE JUDGE

1