# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL LEON MCLEMORE,<br><br>        Plaintiff,<br><br>   v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:09-cv-00534-AWI-SMS PC<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE ANY CLAIMS UPON WHICH RELIEF MAY BE GRANTED<br><br>(Doc. 14) |

    Plaintiff Darryl Leon McLemore, a former state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on March 20, 2009. On September 1, 2009, the Court dismissed Plaintiff's complaint for failure to state any claims, and ordered Plaintiff to file an amended complaint within thirty days. 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e). To date, Plaintiff has not complied with or otherwise responded to the Court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted under section 1983.

///
///
///
///
///
///

1

1      Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is
2 HEREBY DISMISSED, with prejudice, based on Plaintiff's failure to state any claims upon which
3 relief may be granted under section 1983.

5 IT IS SO ORDERED.

6 **Dated:**    **October 20, 2009**              **/s/ Anthony W. Ishii**
                                                   CHIEF UNITED STATES DISTRICT JUDGE